# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ABYSSINIA BALLARD**                                                                                    **PLAINTIFF**
**ADC #134308**

**v.**                                          **NO.  4:07cv00076 GTE-HLJ**

**DALE REED, et al**                                                                                   **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order adopting Magistrate Judge Henry L. Jones' Proposed Findings and Recommended Disposition and granting Defendants' Motion for Judgment on the Pleadings, Plaintiff's complaint must be dismissed without prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and it is hereby, DISMISSED without prejudice to re-file after exhaustion of his available remedies, and that this dismissal should be considered a "strike" within the meaning of the PLRA.[1]

IT IS SO ORDERED this 23rd day of October, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1] This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, which provides that a prisoner may not file a pro se civil rights action or appeal if the prisoner has, on three or more prior occasions, filed an action or appeal that was dismissed as frivolous, malicious or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury.